ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 25 2023

KEVIN P. WEIMER, Clerk
By: ᒐCC Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Indictment |
|---|---|
| v. | |
| BRANDON MITCHELL | No. 1:23-CR245 |

THE GRAND JURY CHARGES THAT:

**Counts One through Fifty-Five**

On or about the date alleged in Column B below, in the Northern District of Georgia, the defendant, BRANDON MITCHELL, knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, as identified in Column C below, in connection with the acquisition of at least one of the corresponding firearms described in Column D below, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of the acquisition of said firearm(s) under Chapter 44, Title 18, United States Code; that is:

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| Count | Date | Federally Licensed Firearms Dealer | Firearm(s) |
| One | 1/18/2019 | Moss Pawn Shop LLC | - Anderson Manufacturing, model AM-15, receiver |

| | | | |
|---|---|---|---|
| Two | 3/5/2019 | Moss Pawn Shop LLC | - Anderson Manufacturing, model AM-15, receiver<br>- Anderson Manufacturing, model AM-15, receiver |
| Three | 3/20/2019 | Moss Pawn Shop LLC | - Anderson Manufacturing, model AM-15, receiver<br>- Anderson Manufacturing, model AM-15, receiver |
| Four | 5/6/2019 | Moss Pawn Shop LLC | - Anderson Manufacturing, model AM-15, receiver |
| Five | 8/24/2019 | Moss Pawn Shop LLC | - Pioneer Arms, model Hellpup, 7.62x39 pistol |
| Six | 9/13/2019 | Moss Pawn Shop LLC | - Panzer Arms, model, BP 12, 12-gauge shotgun |
| Seven | 10/4/2019 | Moss Pawn Shop LLC | - Anderson Manufacturing, model AM-15, lower receiver<br>- Pioneer Arms, model Hellpup, 7.62x39 pistol |
| Eight | 11/4/2019 | Moss Pawn Shop LLC | - Anderson Manufacturing, model AM-15, receiver |

| | | | |
|---|---|---|---|
| | | | - Anderson Manufacturing, model AM-15, receiver |
| Nine | 12/13/2019 | Moss Pawn Shop LLC | - MMC Armory, model MA-15, receiver<br>- MMC Armory, model MA-15, receiver |
| Ten | 1/10/2020 | Moss Pawn Shop LLC | - American Tactical, milsport model, receiver |
| Eleven | 1/13/2020 | Ed's Public Safety, Inc. | - Glock, model 22 Gen4, .40 caliber pistol<br>- Glock, model 42, 380 auto pistol |
| Twelve | 1/15/2020 | Ed's Public Safety, Inc. | - Walther, model PPX, .40 caliber pistol |
| Thirteen | 2/11/2020 | Ed's Public Safety, Inc. | - Glock, model 45 MOS, 9mm pistol |
| Fourteen | 2/19/2020 | Ed's Public Safety, Inc. | - Glock, model 17Gen5, 9mm pistol |
| Fifteen | 2/22/2020 | Ed's Public Safety, Inc. | - Glock, model Gen5, 9mm pistol |
| Sixteen | 2/24/2020 | Ed's Public Safety, Inc. | - Glock, model 45 MOS, 9 mm pistol<br>- Glock, model 17 MOS, 9 mm pistol<br>- Springfield Armory, model XDS, .45 caliber pistol<br>- Glock, model 22, .40 caliber pistol |

| Seventeen | 3/12/2020 | Moss Pawn Shop LLC | - SCCY Industries, model CPX-2, 9mm pistol |
| Eighteen | 3/26/2020 | Villa Rica Pawn Shop | - Anderson Manufacturing, model AM-15, lower receiver |
| Nineteen | 3/27/2020 | Ed's Public Safety, Inc. | - Glock, model 22, .40 caliber pistol |
| Twenty | 4/27/2020 | Moss Pawn Shop LLC | - Anderson Manufacturing, model AM 15, receiver<br>- Anderson Manufacturing, model AM 15, receiver |
| Twenty-One | 5/26/2020 | Moss Pawn Shop LLC | - American Tactical, milsport model, receiver<br>- American Tactical, milsport model, receiver |
| Twenty-Two | 6/10/2020 | Grove Pawn & Gun LLC | - Taurus, model G3, 9mm pistol |
| Twenty-Three | 7/1/2020 | Lovejoy Pawn LLC | - Springfield Armory, model XDS, .40 caliber pistol |
| Twenty-Four | 7/14/2020 | Lovejoy Pawn LLC | - American Tactical, milsport model, receiver |
| Twenty-Five | 7/15/2020 | Moss Pawn Shop LLC | - New Frontier Armory, model LW-4, receiver<br>- New Frontier Armory, model LW-4, receiver |

4

|  |  |  |  |
|---|---|---|---|
|  |  |  | - New Frontier Armory, model LW-4, receiver<br>- New Frontier Armory, model LW-4, receiver |
| Twenty-Six | 7/15/2020 | Ed's Public Safety, Inc. | - Glock, model 17Gen5 MOS, 9 mm pistol |
| Twenty-Seven | 7/30/2020 | Grove Pawn & Gun LLC | - Taurus, model 740 slim, .40 caliber pistol<br>- Rock Island Armory, model VR100, 12-gauge shotgun |
| Twenty-Eight | 8/6/2020 | Lovejoy Pawn LLC | - Taurus, model G2C, 9mm pistol |
| Twenty-Nine | 9/11/2020 | Grove Pawn & Gun LLC | - Canik, model TP9 Elite SC, 9mm pistol<br>- Springfield Armory, model XDS, 45 ACP pistol |
| Thirty | 9/15/2020 | Lovejoy Pawn LLC | - New Beretta, model 9 APR, 9mm pistol |
| Thirty-One | 9/18/2020 | Villa Rica Pawn Shop | - Springfield Armory, model XDM elite, 9mm pistol |
| Thirty-Two | 9/24/2020 | Grove Pawn & Gun LLC | - Ruger, model 57, 5.7x28 pistol<br>- Glock, model 43X, 9mm pistol |
| Thirty-Three | 9/25/2020 | Lovejoy Pawn LLC | - Ruger, model 57, 5.7x28 pistol |
| Thirty-Four | 11/3/2020 | Ed's Public Safety, Inc. | - Glock, model 45, 9mm pistol |

| Thirty-Five | 12/14/2020 | Moss Pawn Shop LLC | - FMK, model AR-1, receiver |
|---|---|---|---|
| Thirty-Six | 12/30/2020 | Villa Rica Pawn Shop | - Sig Sauer, model P365XL, 9mm pistol |
| Thirty-Seven | 1/11/2021 | Grove Pawn & Gun LLC | - Glock, model 22 Gen. 4, .40 caliber pistol |
| Thirty-Eight | 1/12/2021 | Ed's Public Safety, Inc. | - Glock, model 26 Gen 5, 9mm pistol |
| Thirty-Nine | 1/14/2021 | Ed's Public Safety, Inc. | - Glock, model 43, 9mm pistol<br>- Glock, model 27Gen3, .40 caliber pistol |
| Forty | 1/19/2021 | Villa Rica Pawn Shop | - Taurus, model G-2C, 9mm pistol |
| Forty-One | 1/19/2021 | Moss Creek Pawn LLC | - Century Arms, model Draco, 7.62x39 pistol<br>- Pioneer Arms, model Hellpup, 7.62x39 pistol |
| Forty-Two | 2/23/2021 | Moss Creek Pawn LLC | - ATI USA, model Omni, receiver |
| Forty-Three | 3/9/2021 | Lovejoy Pawn LLC | - Taurus, model 85, .38 special revolver<br>- Glock, model 48MOS, 9mm pistol |
| Forty-Four | 3/19/2021 | Lovejoy Pawn LLC | - Springfield Armory, model Hellcat, 9mm pistol |
| Forty-Five | 5/5/2021 | Lovejoy Pawn LLC | - Springfield Armory, model XD-9, 9mm pistol |
| Forty-Six | 6/29/2021 | Lovejoy Pawn LLC | - Pioneer Arms, model Hellpup, 7.62x39 pistol |

| | | | |
|---|---|---|---|
| Forty-Seven | 7/6/2021 | Moss Creek Pawn LLC | - Pioneer Arms, model BLP-M12, 12 gauge shotgun |
| Forty-Eight | 8/6/2021 | Moss Creek Pawn LLC | - Anderson Manufacturing, model AM-15, receiver |
| Forty-Nine | 10/11/2021 | Ed's Public Safety, Inc. | - FNH, model FNX-45 tactical, .45 caliber pistol |
| Fifty | 2/22/2022 | Lovejoy Pawn LLC | - Smith & Wesson, model SD40, .40 caliber pistol |
| Fifty-One | 4/14/2022 | Lovejoy Pawn LLC | - Taurus, model G2C, 9mm pistol<br>- Heckler & Koch, model VP9, 9mm pistol<br>- Heckler & Koch, model VP9, 9mm pistol |
| Fifty-Two | 5/17/2022 | Lovejoy Pawn LLC | - Glock, model 45, 9mm pistol |
| Fifty-Three | 5/19/2022 | Lovejoy Pawn LLC | - Glock, model 19, 9mm pistol<br>- Glock, model 19, 9mm pistol<br>- Glock, model 26, 9mm pistol |
| Fifty-Four | 6/23/2022 | Villa Rica Pawn Shop | - Glock, model NMN, lower receiver<br>- Glock, model NMN, lower receiver<br>- Glock, model NMN, lower receiver<br>- Glock, model NMN, lower receiver |

| Fifty-Five | 6/28/2022 | Grove Pawn & Gun LLC | - Glock, model 26, 9mm pistol<br>- Smith & Wesson, model M&P 2.0 compact, 10mm pistol |

in that the Defendant, BRANDON MITCHELL, falsely represented that he was the actual buyer of said firearm(s) when, as he then knew, he was not the true purchaser of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One through Fifty-Five of this Indictment, the defendant, BRANDON MITCHELL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A _____True_____ BILL

_____/s/_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Erin N. Spritzer*
ERIN N. SPRITZER
*Assistant United States Attorney*
Georgia Bar No. 152374

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

9